DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSHUA A. BAILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2413

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Michael S. Williams, Judge.

Joshua A. Bailey, pro se.


PER CURIAM.

    Affirmed.


SLEET, LUCAS, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.